**HCDistrictclerk.com** PERALES, ROBERT vs. LIBERTY MUTUAL INSURANCE 6/27/2018

Cause: 201836352 CDI: 7 Court: 127

## APPEALS

No Appeals found.

## COST STATMENTS

No Cost Statments found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## SETTINGS

No Settings found.

## NOTICES

No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 5/31/2018 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 127th |
| **Address** | 201 CAROLINE (Floor: 10)<br>HOUSTON, TX 77002<br>Phone:7133686161 |
| **JudgeName** | R K SANDILL |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| PERALES, ROBERT<br>12110 CEDAR GAP LANE, HOUSTON, TX 77076 | PLAINTIFF - CIVIL | | |
| LIBERTY MUTUAL INSURANCE<br>7900 WINDROSE AVE, PLANO, TX 75024 | DEFENDANT - CIVIL | | |
| LIBERTY MUTUAL INSURANCE (A CORPORATION) BY SERVING ITS REGISTERED<br>P O BOX 7213, LONDON, KY 40742-7213 | REGISTERED AGENT | | |

EXHIBIT

A-1

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 5/31/2018 | ORIGINAL PETITION | | | 0 | | | PERALES, ROBERT |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LIBERTY MUTUAL INSURANCE (A CORPORATION) BY SERVING ITS REGISTERED | 5/31/2018 | 6/4/2018 | | | | 73501531 | CVC/CTM SVCE BY CERTIFIED MAIL |
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LIBERTY MUTUAL INSURANCE | 5/31/2018 | 6/4/2018 | 6/11/2018 | | | 73501533 | CVC/CTM SVCE BY CERTIFIED MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 80358268 | Certified Mail Receipt | | 06/07/2018 | 1 |
| 80358269 | Certified Mail Receipt | | 06/07/2018 | 1 |
| 80259330 | Certified mail tracking number 7017 2400 0001 0791 5596 | | 06/04/2018 | 2 |
| 80259331 | Certified mail tracking number 7017 2400 0001 0791 5589 | | 06/04/2018 | 2 |
| 80168488 | Original Petition | | 05/31/2018 | 3 |
| ·> 80168491 | Civil Case Information Sheet | | 05/31/2018 | 1 |
| ·> 80168490 | Civil Process Request | | 05/31/2018 | 1 |
| ·> restricted | Statement of inability to afford payment of court costs or an appeal bond | | 05/31/2018 | 2 |

2018 36352

No. ______

P3

Robert Peanles
Plaintiff

Liberty Mutual Insurance
Defendant

In the District Court 05-31-18
127 of Harris County

FILED
Chris Daniel
District Clerk

MAY 31 2018

Time: 3:49

By CARLA CARRILLO
Deputy

To the Honorable Judge of this Court

Plaintiff alleges

[Discovery Level, Texas R. Civil P. 190.1
Discovery is intended to be conducted under level 2 of Tx R. Civil P. 190.3 ...]

1) The Plaintiff is an individual and has resided at 12110 Cedar Gap lane, Houston, Texas 77072. Plaintiff is a victim of Hurricane Harvey and has been displaced. However this is a residence whereupon I have resided during the most part pertinent to this complaint.

2) Defendant is a corporation duly organized and licensed to do business in the State of Texas. Defendant has corporate offices at 7900 Windrose Ave. Plano, Texas 75024. However the office pertaining to this action is located at P.O. Box 7213 London KY. 40742-7213.

3) At the time of the incident relevant to this action Plaintiff was employed by Sprouts Farmers Market at 20708 Kuykendahl Road Spring Texas 77379. Defendant was the carrier of Plaintiff short-term disability (Claim# 3605359)

4) Plaintiff was employed by Sprouts Farmer Market and requested medical leave pursuant to the Family and Medical Leave Act of 1993 (29 U.S.C.A. 2615)

5) On or about 03/2016 requested a protected leave under the Family Medical Leave Act. Plaintiff did inform employer Sprout Farmer Market and made them aware that Plaintiff was unable to work due to his bi-polar depression. Plaintiff did continuously visit his primary care physician Dr. Hansa B. Medley at all pertinent times

6) Plaintiff suffered from bi-polar/depression as well as strep throat incapacitating him to the extent that he was unable to perform his essential duties and other normal daily activities. This incapacity was only intensified due to the wrongful act on the part of Liberty Mutual denial of a rightful claim (short-term disability)

EXHIBIT
A-2

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

7) Plaintiff again (repeatedly) request his short-term disability payments due to his serious health condition. Plaintiff did at all times continue to seek medical treatment for his condition. Plaintiffs primary care doctor (Dr. Maria B. Medley) did forward by fax to (Liberty Mutual) Defendant medical document as requested.

8) Plaintiff alleges and asserts that a denial of his short-term disability is a wrongful act on behalf of Defendant and in bad-faith and breach of duty

Prayer for Relief

Wherefore, plaintiff prays upon judement against defendant as follows:

1) Statutory damages in the amount of $1,000,000 for lost wages benefits, and other compensation, plus interest on such sums at the statutory rate, pursuant to 29 U.S.C.A. 2617(a)(1)(A) and (ii) (29 U.S.C.A. 2617 (a)(1)(A)(i)(II) was amended by Pub.L.No.110-181 585(a)(3)(C) effective Jan 28, 2008

(2) additional punitive damages in the amount of $1,000,000

(3) Equitable relief in the form of reinstatement as the Court deems appropriate

4) attorneys fees, expert witness fees, and the cost of this action, and such other reliefs as this Court may deem proper and just

Respectfully Submitted

[signature]

Pro-Se

Robert Perales
12110 Cedar Gap Lane
Houston Texas 77072
832-881-0309

Certificate Of Service

Liberty Mutual Insurance
7900 Windrose Ave
Plano, Texas

---

Liberty Mutual Insurance
(Group Benefits Disability Claims)
P.O. Box 7213
London, KY 40742-7213
ATTN: Jane M. Daniel

(

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): 2018 36352 COURT (FOR CLERK USE ONLY): 127

STYLED Robert Perales v Liberty Mutual Insurance

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Robert Perales

Email:

Address: 12110 Cedar Gap Lane

Telephone: 832-881-0309

City/State/Zip: Houston Texas 77072

Fax:

Signature:

State Bar No: Pro-Se

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Robert Perales

Defendant(s)/Respondent(s): Liberty Mutual Insurance

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

- ☐ Attorney for Plaintiff/Petitioner
- ☒ Pro Se Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: ____

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

## Civil

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☒ Fraud/Misrepresentation
- ☒ Other Debt/Contract: Non-payment of insurance benefits

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: ____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: ____
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: ____
- ☐ Other Injury or Damage: Non-Payment of Insurance Benefits

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: ____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: ____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: ____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: ____

## Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: ____

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: ____

FILED
Chris Daniel
District Clerk
MAY 31 2018
Time: 3:49
Harris County, Texas
CARLA CARRILLO
Deputy

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: ____

**3. Indicate procedure or remedy, if applicable (may select more than 1):**
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

**4. Indicate damages sought (do not select if it is a family law case):**
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000



211730649

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: 2018 36352 CURRENT COURT: 127

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): ______

FILE DATE OF MOTION: ______ Month/ Day/ Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Liberty Mutual Insurance
ADDRESS: 7900 Windrose Ave Plano TX 75024
AGENT, (*if applicable*): ______

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): ______

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: ______ Phone: ______
- ☐ MAIL
- ☒ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication: ☐ COURTHOUSE DOOR, or ☐ NEWSPAPER OF YOUR CHOICE: ______
- ☐ OTHER, *explain* ______

FILED
Chris Daniel
~~District Clerk~~
MAY 31 2018
Time: 3:49
Harris County, Texas
By CARLA CARRILLO
Deputy

**************************************************************************************

****

2. NAME: Liberty Mutual Insurance (Attn) ~~Jane M. Daniel~~ Disability Claims
ADDRESS: P.O. Box 7213 London KY 40742-7213
AGENT, (*if applicable*): Att. Jane M Daniel

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): ______

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: ______ Phone: ______
- ☐ MAIL
- ☒ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication: ☐ COURTHOUSE DOOR, or ☐ NEWSPAPER OF YOUR CHOICE: ______
- ☐ OTHER, *explain* ______

---

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: Robert Peralta TEXAS BAR NO./ID NO. Pro-Se

MAILING ADDRESS: 12110 Cedar Gap Ln Houston TX 77072

PHONE NUMBER: 832 (area code) 881-0309 (phone number) FAX NUMBER: ______ (area code) ______ (fax number)

EMAIL ADDRESS: Edward0f0601@gmail.com

EXHIBIT
A-3



CIV/C108 Revised 0/2/00

P2

CAUSE NO. 201836352

RECEIPT NO. 75.00 CTM
********** TR # 73501533

PLAINTIFF: PERALES, ROBERT
vs.
DEFENDANT: LIBERTY MUTUAL INSURANCE

In The 127th
Judicial District Court
of Harris County, Texas
127TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LIBERTY MUTUAL INSURANCE

7900 WINDROSE AVE PLANO TX 75024

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 31st day of May, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 4th day of June, 2018, under my hand and seal of said Court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Issued at request of:
PERALES, ROBERT
12110 CEDAR GAP LANE
HOUSTON, TX 77076
Tel: (832) 881-0309
Bar No.: 1

Generated By: THOMAS, LISA BE9//10964443

CLERK'S RETURN BY MAILING

Came to hand the _______ day of ______________________________, _______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

____________________________________

(a) ADDRESSEE

____________________________________

____________________________________
ADDRESS

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

____________________________________
on _______ day of ______________________, ________
by U.S. Postal delivery to ____________________
____________________________________

This citation was not executed for the following reason: ____________________________
____________________________________

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By ______________________________, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging



*73501533*

CAUSE NO. 201836352

RECEIPT NO. 75.00 CTM

********** TR # 73501533

PLAINTIFF: PERALES, ROBERT
vs.
DEFENDANT: LIBERTY MUTUAL INSURANCE

In The 127th
Judicial District Court
of Harris County, Texas
127TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LIBERTY MUTUAL INSURANCE

7900 WINDROSE AVE PLANO TX 75024

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 31st day of May, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 4th day of June, 2018, under my hand and seal of said Court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Issued at request of:
PERALES, ROBERT
12110 CEDAR GAP LANE
HOUSTON, TX 77076
Tel: (832) 881-0309
Bar No.: 1

Generated By: THOMAS, LISA BE9//10964443

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________

______________________________
(a)ADDRESSEE

______________________________

______________________________
ADDRESS

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

______________________________
on ______ day of ______________________, ______
by U.S. Postal delivery to ______________________
______________________________

This citation was not executed for the following reason: ______________________________
______________________________

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By ______________________________, Deputy

7017 2400 0001 0791 5887

P2

CAUSE NO. 201836352

RECEIPT NO. 75.00 CTM

********** TR # 73501531

PLAINTIFF: PERALES, ROBERT
vs.
DEFENDANT: LIBERTY MUTUAL INSURANCE

In The 127th
Judicial District Court
of Harris County, Texas
127TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LIBERTY MUTUAL INSURANCE (A CORPORATION) BY SERVING ITS REGISTERED AGENT JANE M DANIEL DISABILITY CLAIMS

P O BOX 7213 LONDON KY 40742 - 7213

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 31st day of May, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 4th day of June, 2018, under my hand and seal of said Court.

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Chris Daniel

Issued at request of:
PERALES, ROBERT
12110 CEDAR GAP LANE
HOUSTON, TX 77076
Tel: (832) 881-0309
Bar No.: 1

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA .BE9//10964443

CLERK'S RETURN BY MAILING

Came to hand the _______ day of ______________________, _______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________

______________________________ ADDRESS

(a) ADDRESSEE

______________________________

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

______________________________

on _______ day of ______________________, _______
by U.S. Postal delivery to ______________________

______________________________

This citation was not executed for the following reason: ______________________

______________________________

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By ______________________________, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

7017 2400 0001 0791 5589

CAUSE NO. 201836352

RECEIPT NO. 75.00 CTM

********** TR # 73501531

PLAINTIFF: PERALES, ROBERT
vs.
DEFENDANT: LIBERTY MUTUAL INSURANCE

In The 127th
Judicial District Court
of Harris County, Texas
127TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LIBERTY MUTUAL INSURANCE (A CORPORATION) BY SERVING ITS REGISTERED AGENT JANE M DANIEL DISABILITY CLAIMS

P O BOX 7213 LONDON KY 40742 - 7213

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 31st day of May, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 4th day of June, 2018, under my hand and seal of said Court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Chris Daniel

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Issued at request of:
PERALES, ROBERT
12110 CEDAR GAP LANE
HOUSTON, TX 77076
Tel: (832) 881-0309
Bar No.: 1

Generated By: THOMAS, LISA BE9//10964443

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________ ______________________________
ADDRESS

______________________________
(a)ADDRESSEE

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

______________________________

on ______ day of ______________________, ______
by U.S. Postal delivery to ____________________
______________________________

This citation was not executed for the following reason: ______________________________
______________________________

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By ______________________________, Deputy

2018-36352

7017 2400 0001 0791 5589

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$ 3.45

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.21

Total Postage and Fees
$ 7.41

Sent To
LIBERTY MUTUAL INSURANCE C/O
JANE M DANIEL (DISABILITY CLAIMS)

Street and Apt. No.
P O BOX 7213

City, State, ZIP+4
LONDON, KY 40742 - 7213

Postmark Here

RECEIVED
MR
2018-36352
JUN 07 2018
Chris Daniel
District Clerk

06-07-18

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2018-36352

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7017 2400 0001 0791 5596

Certified Mail Fee
$ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.21

Total Postage and Fees
$ 7.41

Sent To
LIBERTY MUTUAL INSURANCE

Street and Apt. No.
7900 WINDROSE AVE

City, State, ZIP+4
PLANO TX 75024

Postmark Here

RECEIVED
JUN 07 2018
Chris Daniel
District Clerk

JUN -7 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

06-07-18

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging