**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv02225 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT LIBERTY MUTUAL INSURANCE**
**COMPANY'S DISCLOSURE STATEMENT**

Defendant Liberty Mutual Insurance Company files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and show the Court as follows:

1. Liberty Mutual Insurance Company is a nongovernmental corporate party with the following parent corporation(s):

Liberty Mutual Holding Company Inc.
LMHC Massachusetts Holdings Inc.
Liberty Mutual Group Inc.

2. No publicly held company owns 10 percent or more of the stock in Defendant Liberty Life Assurance Company of Boston.

Dated: June 29, 2018.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 29th day of June, 2018 to the following Party:

Robert Perales
12110 Cedar Gap Lane
Houston, Texas 77076

***Pro Se***

/ s/ Iwana Rademaekers
Iwana Rademaekers