**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv02225 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE OF ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**

The undersigned hereby certifies that a true and correct copy of the Order for Conference and Disclosure of Interested Parties (Document 3) entered by the Court on July 2, 2018, was forwarded by US Priority Mail, delivery confirmation requested, on the 6th day of July, 2018, to Robert Perales, 12110 Cedar Gap Lane, Houston, Texas 77076.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 6th day of July, 2018 to the following Party:

Robert Perales
12110 Cedar Gap Lane
Houston, Texas 77076

***Pro Se***

/ s/ Iwana Rademaekers
Iwana Rademaekers