**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv02225 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO CONTINUE THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff Robert Perales and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Continue the Initial Pretrial and Scheduling Conference and show the Court as follows:

1. On July 2, 2018, the Court entered an Order for Conference and Disclosure of Interested Parties (Document 3), setting the initial pretrial and scheduling conference for October 19, 2018, at 4:45 PM. Pursuant to that Order, the parties were to file not less than 10 days before the conference a joint discovery/case management plan.

2. Plaintiff and Defendant have been unable to complete the joint discovery/case management plan because Plaintiff has been unwell and in the hospital. Plaintiff is representing himself in this matter and has requested a three-week extension of the deadline for the joint discovery/case management plan and a reset of the Scheduling Conference. Defendant agrees that the deadline should be extended and the Conference reset under these circumstances. Accordingly,

the parties request that the Court reset the Scheduling Conference to a date on or after November 9, 2018 and extend the deadline for the parties to submit the joint discovery/case management plan.

3. The request for a reset is not sought for purposes of delay but to ensure justice is done and to give Plaintiff's health an opportunity to improve.

**PRAYER**

Plaintiff and Defendant request the Court enter an Order resetting the initial pretrial and scheduling conference to a date on or after November 9, 2018 and for the parties to file a joint discovery/case management plan not less than 10 days before the conference.

Dated this 15th day of October 2018.

Respectfully submitted,

By: /s/ *Robert Perales* (by permission)

Robert Perales
12110 Cedar Gap Lane
Houston, Texas 77076

PRO SE PLAINTIFF

- AND -

By: /s/ *Iwana Rademaekers*

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 15th day of October 2018 to the following Party:

Robert Perales
12110 Cedar Gap Lane
Houston, Texas 77076

***Pro Se***

/ s/ Iwana Rademaekers
Iwana Rademaekers