**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv02225 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day, came on to be considered the Joint Motion to Continue the Initial Pretrial and Scheduling Conference. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the initial pretrial and scheduling conference is reset to ______________, 2018. After the parties confer as required by Fed . R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference a joint discovery/case management plan.

**SIGNED** this ______ day of ___________________, 2018.

________________________________________
UNITED STATES DISTRICT JUDGE