**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Robert Perales

v. Case Number: 4:18−cv−02225

Liberty Mutual Insurance

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
Room 11521
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/16/2018

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: October 16, 2018

David J. Bradley, Clerk