United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2225 |
| | § | |
| LIBERTY MUTUAL INSURANCE, | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Robert Perales shall take nothing in his action against Defendant Liberty Mutual Insurance Company, and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 10TH day of January, 2019.

Ewing Werlein, Jr.
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE