NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

United States Courts
Southern District of Texas
FILED
AUG 07 2019
David J. Bradley, Clerk of Court

**Cause Number** 4:18-cv 02225

*Complete this section so that it looks exactly like the Petition filed in your case.*

Robert Perales
vs
Liberty Mutual Insurance

In the: *(check one)*:

4:18:cv 02225 ☑ District Court
Court Number
United States Southern District
☐ County Court at Law
☐ Justice Court (JP)
Harris County, Texas

# Motion to Reinstate Case on Docket and Notice of Hearing

1. My name is: Robert Perales.
2. I am the: ☑ Petitioner ☐ Respondent in this case.
3. This case was dismissed by an order signed on *(date)*: ________________.
4. The act or omission resulting in dismissal was not intentional or the result of conscious indifference but was due to an accident or mistake.

   I did not respond to the notice of dismissal before my case was dismissed because:
   I am a displaced Hurricane Harvey Victim. (Enclosed a letter from FEMA). Also enclosed you will find a hospital Admission record. I suffered a "stroke" at the pertinent period of this action. I did notify opposing counsel of my "memory loss" and debilitating condition. Opposing counsel was aware of my condition and was of the understanding that we were in "agreement" of a continuance for the Pre-Trial Conference (per Iwana Radmaskeri)

*(Check box below only if applicable and true.)*

☐ It has been more than 30 days since this case was dismissed. I did not receive mailed or actual notice of the Order of Dismissal within the 20 days after the Order of Dismissal was signed by the Court. I received notice of the Order of Dismissal on *(date)* March 18, 2019, which is 87 number of days after the Order of Dismissal was signed by the Court.

I found out my case was dismissed in the following manner:
My mail is sporadic due to my various relocations due to the Hurricane Harvey Catastrophe. My memory loss fails to suit me in this matter. My

I ask the Court to sign an Order reinstating this case.

Respectfully submitted,

[signature]
*Your Signature*

July 30, 2019
*Date*

Robert Perales
*Your Printed Name*

(832) 881-0305
*Phone*

12110 Cedar Gap Lane Houston
*Your Mailing Address*

Texas
*City*

77072
*State*

*Zip*

*Your Email Address:* ________________ *Your Fax # (if available)* ________________

## Declaration

*(Texas Civil Practice and Remedies Code, Section 132.001)*

I declare under penalty of perjury that: 1) I am above the age of eighteen years, 2) I am fully competent to make this declaration and 3) the facts stated in this *Motion to Reinstate* are within my personal knowledge and are true and correct.

My full name is: Robert Perales,

my date of birth is: 06 / 07 / 1949, and

my address is: 12110 Cedar Gap Lane Houston Texas 77072.
*Street Address City State Zip Code Country*

My email address is ____________________.

Signed in Montgomery County, Texas, on this date: July / 30 / 2019.
*County State*

▶ ____________________
***Your signature***

## Notice of Hearing

The above motion is set for hearing on ____________________ at ________. m.

at the ____________________ County Courthouse, located at:

____________________
*Physical Address of Courthouse City State Zip*

▶ ____________________
*Signature of Judge or Clerk (if required in your County)*

## Certificate of Service

I will give a copy of this document to each party or attorney of record on the same day this document is filed with (turned in to) the Court as follows:

*If I file this document electronically*, I will send a copy of it to each party or attorney of record through the electronic file manager if possible. If not possible, I will give a copy to each party or attorney of record in person, by mail, by commercial delivery service, by fax, or by email.

*If I file a paper copy of this document*, I will give a copy of it to each party or attorney of record in person, by mail, by commercial delivery service, by fax, or by email.

▶ ____________________ July 31, 2019
***Your signature*** ***Date***


© TexasLawHelp.org

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 4:18:cv: 02225

*Complete this section so that it looks exactly like the Petition filed in your case.*

Robert Perales

vs

Liberty Mutual Insuran

In the: *(check one)*:

United State
Court Number
Southern District

☑ District Court
☐ County Court at Law
☐ Justice Court (JP)

Harris County, Texas

# Order on Motion to Reinstate Case on Docket

On ______________________ the Court considered the Motion to Reinstate Case on Docket filed by ______________________________.
*Print your first, middle and last name.*

IT IS ORDERED that the order dismissing this case is set aside and that the case is reinstated on the docket of this Court, to the same effect as if it had never been dismissed.

SIGNED on ______________________

______________________________
JUDGE PRESIDING


© TexasLawHelp.org

*Maryland National Processing Center*
**U.S. Department of Homeland Security**
P.O. Box 10055
Hyattsville, MD 20782-8055

**FEMA**

FIRST-CLASS MAIL
PRESORTED
POSTAGE & FEES PAID
FEMA
PERMIT NO. G-114

ROBERTO E PERALES
12110 CEDAR GAP LN
HOUSTON TX 77072-4838

FEMA E-28

0802-0073

WEST HOUSTON MEDICAL CENTER
12141 RICHMOND AVENUE
HOUSTON, TX 77082

PATIENT NAME: PERALES,ROBERTO E
ACCOUNT NO: Z00122323493
MEDICAL RECORD NO: Z000058452
REPORT TYPE: DISCHARGE SUMMARY REPORT

ADMIT DATE: 07/31/18
ROOM NO: Z.439
AGE: 69
SEX: M

ADMITTING PHYSICIAN: Farooq,Omer MD
ATTENDING PHYSICIAN: Farooq,Omer MD

ADMISSION DATE: 07/31/2018
DISCHARGE DATE: 08/01/2018

PRINCIPAL DIAGNOSIS AT ADMISSION: Transient ischemic attack.

PRINCIPAL DIAGNOSIS AT DISCHARGE: Transient ischemic attack.

OTHER DIAGNOSES:
1. Hypertension.
2. Diabetes mellitus.
3. Hyperlipidemia.
4. History of stroke with no residual deficits.
5. Obesity.

HOSPITAL COURSE: The patient is a 69-year-old male with known hypertension, diabetes mellitus, and history of stroke, who presented to the Emergency Room with the complaint of water dripping from the left side of his face. He indicated that earlier in the day he felt somewhat sluggish and he noticed that the water was running out of the left side of his mouth. He also noticed some drooping of the left side of the face. He indicated that similar episode happened approximately 1 week ago and lasted for a few minutes. He got concerned; therefore, he presented to the Emergency Room yesterday afternoon. By the time he came to the Emergency Room, all his deficits had resolved. He indicated that for the last one week, he noticed slight trouble with his equilibrium as well. He denied any other complaints.

In the Emergency Room, his examination including neurological examination was noted to be completely normal and unremarkable. He had no deficits. CT scan of the brain done in the Emergency Room showed no evidence of acute intracranial abnormality, mild chronic microvascular ischemic changes. His labs showed an elevated blood glucose level of 223. He indicated that he was taking glimepiride as prescribed and his blood sugars had been under well control. He was placed in observation and monitored on telemetry. No arrhythmia was noted. MRI scan of the brain was performed, which showed age appropriate atrophy and chronic microvascular changes with no acute vascular insult. CT angiogram of the brain and neck was also unremarkable. Echocardiogram was performed, which was also unremarkable. He had no further episode of any neurological deficits and he was discharged to home in stable condition.

As mentioned above, his neurological examination including speech and motor examination was noted to be completely normal. Therefore, speech, occupational, and physical therapists were not consulted. He was taking Ecotrin 81 mg daily,

which was increased to full dose aspirin.

PHYSICAL EXAMINATION:
GENERAL: The patient is lying in the bed and does not appear to be in any distress. He is awake, alert, and oriented.
HEENT EXAMINATION: Unremarkable.
CHEST: Symmetric expansion, clear breath sounds.
CVS: S1 and S2 with regular rate and rhythm.
ABDOMEN: Bowel sounds normoactive, soft. No tenderness, guarding, or rigidity.
EXTREMITIES: No clubbing or cyanosis.

DISCHARGE MEDICATIONS: Ecotrin 325 mg daily, simvastatin, glimepiride, and fluticasone as prior to admission.

FOLLOWUP: The patient was instructed to follow up with his primary care physician within 1 to 2 weeks of discharge.

Dictated By: Omer Farooq MD

WT: DS:Z.HIM/FAROM/NTS
DD: 08/01/2018 20:01:01
DT: 08/02/2018 02:52:52
Conf#: 2581939/DID#: 4606754

Authenticated by Omer Farooq, MD On 08/02/2018 12:07:56 PM

Electronically Signed by Omer Farooq, MD on 08/02/18 at 1208

PATIENT NAME: PERALES,ROBERTO E

ACCOUNT #: Z00122323493