United States District Court
Southern District of Texas
Houston Division

Robert Perales
(Plaintiff)
vs
Liberty Mutual Insurance
(Defendant)

Civil Action# 4:18-cv-02225

United States Courts
Southern District of Texas
FILED
DEC 23 2019
David J. Bradley, Clerk of Court

Notice Of Appeal

On November 22, 2019 the Court ruled (not to reinstate) Cause # 4:18-cv-02225.

In my motion to the Court I argued that I was and still am a displaced Hurricane Harvey victim.

I also explained that I am displaced and only receive sporadic mail service.

I also included my medical records showing that I had suffered a stroke.

The records will also show that Liberty Mutual did file for (all) extension in this cause because they were aware of my Short Term memory loss)

A motion for reinstatement under Rule 60(b) filed after the expiration of the appeal period requires exceptional circumstance. Aucoin v K-mart Apparel Fashion Corp., 943 F.2d 6, 8-9 (5th Cir 1991); Randall v Thoma-Sea Boat Builders Inc. 8218 F3d 744, 2000 WL 821623 @ 1 (5th Cir 2000)

I would ask the court to reconsider my prior motion to reinstate