IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*February 06, 2020*
David J. Bradley, Clerk of Court

No. 19-20881

**4:18-cv-2225**

**A True Copy**
**Certified order issued Feb 06, 2020**

Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

ROBERT PERALES,

Plaintiff - Appellant

v.

LIBERTY MUTUAL INSURANCE,

Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 6, 2020, for want of prosecution. The appellant failed to timely comply with this court's January 3, 2020 notice, by returning a signed Notice of Appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Jann Wynne

By: ____________________
Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


February 06, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 19-20881 Robert Perales v. Liberty Mutual Insurance
USDC No. 4:18-CV-2225

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Jann M. Wynne, Deputy Clerk
504-310-7688

cc w/encl:
Mr. Robert Perales
Ms. Iwana Rademaekers